In the
United States District Court
Central District of Illinois

Justin R. Niccolls

v.

Sangamon County Sheriff's Office
("Monell" claim), John Doe #1
(mail staff), and John Doe
#2 (mail staff).

Case #

FILED
JUN 14 2023
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## Complaint

Now comes Plaintiff, Justin R. Niccolls, pro se, and complains against the Defendants, Sangamon County Sheriff's Office ("SCSO") John Doe #1 (mail staff) and John Doe #2 (mail staff), as follows:

## Introduction

1. This is a single count complaint alleging a constitutional tort violation against the Defendants. Particularly, Plaintiff contends that the Defendants' acts and omissions have failed to provide inmates due process protections with respect to their rejected/censored mail. See Procunier v. Martinez, 416 U.S. 396 (1974), and its progeny.

2. Plaintiff seeks a temporary and permanent injunction enjoining Defendants' from enforcing their violative mail policy.

pg. 1 of 6

3. Plaintiff further seeks declarative, compensatory, punitive and nominal damages.

### Jurisdiction and Venue

4. Pursuant to the U.S. Constitution, this Court has subject matter jurisdiction over justiciable matters of constitutional tort, pursuant to 28 USC § 1331.

5. Venue is proper by statute and local rule, as the Defendants reside in, and the events given rise to transpired in Springfield, Sangamon County, Illinois.

### Jury Demand

6. Pursuant to the Seventh Amendment of the U.S. Constitution and statutory provision, Plaintiff demands a trial by jury upon all issues triable thereby.

### Parties in Action

7. Plaintiff Justin R. Niccolls is a pre-trial detainee in subjugation of the Sangamon County Sheriff's Office and their cohorts.

8. Defendant Sangamon County Sheriff's Office is the executive captor of the plaintiff at all times herein.

pg. 2 of 6

9. Defendant John Doe #1 was/is the mailroom supervisior of the Sangamon County Jail.

10. Defendant John Doe #2 was/is the mail room staff of the Sangamon County Jail.

### Litigation History

11. Plaintiff has never filed a federal law suit before.

### Administrative Remedies

12. Plaintiff has exhausted all available administrative remedies through verbal request and formal grievances lodged through the phone messaging system.

### Factual Allegations

13. Between Mid-April and the drafting hereof, Defendants have returned (to sender) or withheld mail addressed to Plaintiff multiple times.

14. Each time Defendant has returned or withheld mail addressed to Plaintiff, they have deliberately failed to provide constitutionally sufficient notice to both the sender and addressee involved.

pg. 3 of 6

15. Defendants' written policy mandates that incoming mail violative of jail policy, "will be returned to sender with no other notice."

16. Defendants' written and practiced policy fails to: (1) provide any notice to the inmate/addressee of their censored mail and (2) notify the sender of their allegedly offending conduct and right to challenge the censorer's decision/policy.

## Count I

17. Plaintiff realleges items 1-16 above as if fully restated herein verbatim.

18. Plaintiff has a liberty interest in his mail and is entitled to due process when his mail is rejected/censored.

19. Defendant owes a duty to plaintiff to afford him, at a minimum, notice of his rejected/censored mail.

20. Defendants' acts and omissions demonstrate a deliberate indifference to plaintiff's due process protections regarding his mail.

pg. 4 of 6

21. Defendants' deliberately indifferent acts and omissions have caused, and if not enjoined will continue to cause irreparable injury to plaintiff's due process rights.

22. Plaintiff has no other adequate remedy at law.

23. Plaintiff seeks injunctive and declaratory relief, compensatory damages of $50,000, punitive damages of $100,000, nominal damages, cost of litigation and attorne's fees (when applicable).

### Requested Relief

a) Injunctive and declaratory Relief;
b) Compensatory, punitive and nominal damages;
c) Trial by jury on all issues triable thereby;
d) Cost of litigation and attorne's fees; and
e) Any further relief this court deems just and equitable.

Respectfully submitted,

/s/ *Justin R. Niccolls*
Justin R. Niccolls

# Verification & Certificate of Service

Under threat of perjury pursuant to 28 USC 1746, 735 ILCS 5/1-109, the undersigned certifies that this document is true and correct to the best of my knowledge and belief.

United State District Court, Central Dist.
600 E. Monroe Street
Springfield, Illinois 62701

This document was submitted at the Sangamon County Detention Facility with appropriate addressing and postage, to the clerk on ___June 11th___, 2023, at 11:00 AM/(PM).

Respectfully Submitted

/s/ Justin R. Nicolls #104219

Name and #: Justin R. Nicolls #104219
Facility Name: Sangamon County Detention Facility
#1 Sheriff's Plaza Springfield, IL 62701

Pg 6 of 6

3:23-cv-03210-CSB-EIL    # 1    Filed: 06/14/23    Page 7 of 8

05/25/2023

inmate Justin Niccolls
#1 Sheriff's Plaza
Springfield IL 62701

RE: PUBLIC RECORDS REQUEST of May 25, 2023, Reference # R002165-052523

Dear inmate Justin Niccolls,

The Sangamon County Sheriff's Office received a public information request from you on May 25, 2023. Your request mentioned:

**"I am asking for copies of my trust fund account activities from April 6, 2023 to present for inmate Justin Niccolls"**

The Sangamon County Sheriff's Office has reviewed its files and has located responsive records to your request. These records have been included in this correspondence.

You have the right to have the denial of your request reviewed by the Public Access Counselor (PAC) at the Office of the Illinois Attorney General. You may file your Request for Review with the PAC by writing to:

Public Access Counselor
Office of the Attorney General
500 South Second Street
Springfield, IL. 62706
FAX: (217) 782-1396
EMAIL: publicaccess@atg.state.il.us

You also have the right to seek judicial review of this denial by filing a lawsuit in the State Circuit Court.

If you choose to file a Request for Review with the PAC, you must do so within 60 calendar days of the date of this denial letter. Please note that you must include a copy of your original FOIA request and this denial letter when filing a Request for Review with the PAC.

If you have any questions or wish to discuss this further, please contact me.

Sincerely,

Stephanie Brown
Assistant Director of Records
Sheriff's Office

Justin R. Niccols #10-7219
Sangamon County Det. Facility
#1 Sheriff's Plaza
Springfield, Illinois 62701

United States District Court
Central District of Illinois
600 E. Monroe Street
Springfield, Illinois 62701

Privileged Legal Mail

**This Correspondence is From an INMATE At the Sangamon County Jail**

Springfield, IL P&DC 627
TUE 13 JUN 2023 PM